POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Stuart C. Talley, 180374 <br> KERSHAW, CUTTER & RATINOFF, LLP <br> 401 Watt Avenue <br> Sacramento, CA 95864 <br> TELEPHONE NO.: (916) 448-9800 <br> ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court for the Southern District of Califo
880 Front St. Rm. 4290.
San Diego, CA 92101-8900

| PLAINTIFF/PETITIONER: Bohl | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: National Association of Music Merchants Inc. | 09 CV 2332 JM BLM |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> Guitar Antitrust |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT

3. a. Party served: DEAN MARKLEY ELECTRONICS, INC.

   b. Person Served: Dean Markley - Person authorized to accept service of process

4. Address where the party was served: 12911 Pierce Rd.
   Saratoga, CA 95070

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 11/19/2009       (2) at (time): 6:22 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   DEAN MARKLEY ELECTRONICS, INC.

   under:     CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:         Wantaregh -
   b. Address:      One Legal - 194-Marin
                    504 Redwood Blvd #223
                    Novato, CA 94947
   c. Telephone number:   415-491-0606
   d. The fee for service was: $ 59.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No. 1050
          (iii) County ALAMEDA

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 11/20/2009

                                                                    *(signature)*

        Wantaregh -
    (NAME OF PERSON WHO SERVED PAPERS)                                   (SIGNATURE)

| Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 <br> [Rev. Jan 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 <br> OL# 6702659 |
|---|---|---|